UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION at ASHLAND

[Filed Electronically]

| | |
|---|---|
| JULIE HELPHENSTINE, Administratrix of the Estate of Christopher Dale Helphenstine, deceased, and as Guardian of B.D.H., the minor son of Mr. Helphenstine,<br><br>PLAINTIFF<br><br>v.<br><br>LEWIS COUNTY, KENTUCKY, et al.,<br><br>DEFENDANTS. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Case No. 0:18-cv-93-HRW |

### ORDER

On motion of Plaintiff Julie Helphenstine -- Administratrix of the Estate of Christopher Dale Helphenstine, deceased, and Guardian of B.D.H., the minor son of Mr. Helphenstine -- to substitute for deceased Defendant Sandy Bloomfield her Estate, and the Court being well-advised, it is hereby

**ORDERED** that the Estate of Sandra Lee Bloomfield is hereby substituted as the proper party-Defendant for deceased Defendant Sandy Bloomfield.

July 7, 2023.



Signed By:
*David L. Bunning*
United States District Judge

1